October 2, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

LINDA BRUEGGEBORS, Appellant

NO. 14-12-00078-CV                    V.

KINGWOOD SENIOR VILLAGE, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 9, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Linda Brueggebors.

We further order this decision certified below for observance.